Harrison Malone, Appellee, v. Joseph Cancilla,
Appellant.

Gen. No. 46,388.

First District, First Division.
December 13, 1954.
Released for publication March 7, 1955.

Thaddeus B. Rowe, and Willie E. Washington, for appellant; no
briefs filed for appellee.   Opinion by JUSTICE NIEMEYER.   Not
to be published in full.